

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-26-00066-CR

———————————————

WALTER GREEN JR., Appellant

V.

THE STATE OF TEXAS

On Appeal from the 432nd District Court
Tarrant County, Texas
Trial Court No. C-432-W012771-1514816-B

Before Kerr, Birdwell, and Bassel, JJ.
Memorandum Opinion by Justice Kerr

## MEMORANDUM OPINION

In 2019, a jury convicted Appellant Walter Green Jr. of continuous violence against the family. During the punishment phase, the trial court sentenced him to 45 years' confinement. We affirmed Green's conviction on direct appeal. *See Green v. State*, No. 02-19-00396-CR, 2021 WL 1421443, at *6 (Tex. App.—Fort Worth Apr. 15, 2021, no pet.) (mem. op., not designated for publication).

In December 2025, Green filed an Article 11.07 application for writ of habeas corpus challenging his conviction and sentence. The trial court recommended that Green's application be dismissed as a subsequent application, and the trial-court clerk forwarded the application and the trial court's findings and order to the Court of Criminal Appeals. Subsequently, the Court of Criminal Appeals dismissed Green's application without written order. *See* Tex. Code Crim. Proc. art. 11.07, § 4(a)–(c). Green attempts to appeal the trial court's findings and order that were forwarded to the Court of Criminal Appeals.

In the criminal context, our jurisdiction is generally limited to cases in which the trial court has signed a judgment of conviction. *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.) (per curiam). We do not have jurisdiction over matters related to postconviction relief from an otherwise final felony conviction. *See* Tex. Code Crim. Proc. art. 11.07; *Bd. of Pardons & Paroles ex rel. Keene v. Ct. of Appeals for the Eighth Dist.*, 910 S.W.2d 481, 483 (Tex. Crim. App. 1995) (orig.

proceeding); *Ex parte Prescott*, No. 02-20-00066-CR, 2020 WL 1949013, at *1 (Tex. App.—Fort Worth Apr. 23, 2020, no pet.) (mem. op., not designated for publication).

We called this issue to Green's attention, and we gave him ten days to show grounds for continuing his appeal. *See* Tex. R. App. P. 44.3. But Green has not responded. Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

/s/ Elizabeth Kerr
Elizabeth Kerr
Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: April 23, 2026